AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with the Instagram, LLC account with the username: ▮▮▮▮▮▮▮▮ | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information associated with the Instagram, LLC account with the username: ▮▮▮▮▮▮▮▮, further described in Attachment A.

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:
Described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., § 922(g)(4) | Title 18, U.S.C., § 922(g)(4) - possession of a firearm by a person who has been adjudicated as a mental defective or who has been committed to a mental institution |

The application is based on these facts:
Described in Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Donald C. Berlin*
Applicant's signature

ATF Special Agent Donald Berlin
Printed name and title

Sworn to before me and signed in my presence.

Date: May 24, 2019

*Paige Gossett*
Judge's signature

City and state: Columbia, South Carolina

Paige Jones Gossett, United States Magistrate Judge
Printed name and title